143 A.3d 147

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Cynthia Groomes KATZ, Respondent.

Misc. Docket AG No. 2, Sept. Term, 2016.

Court of Appeals of Maryland.

July 28, 2016.

## *ORDER*

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Cynthia Groomes Katz. The Court, having considered the Petition and the record herein, it is this 28th day of July, 2016,

ORDERED, that Respondent, Cynthia Groomes Katz, be and she is hereby REPRIMANDED for violating Rule 1.4(b) of the Maryland Lawyers' Rules of Professional Conduct.